41 So.2d 608

## Annie WILLIAMS v. STATE.
### 6 Div. 911.

Supreme Court of Alabama.
June 23, 1949.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for the petition.

James A. McCollum, of Tuscaloosa, opposed.

STAKELY, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Williams v. State, 41 So.2d 605.

Writ denied.

FOSTER, LAWSON and SIMPSON, JJ., concur.

41 So.2d 412

## SEABOARD SURETY CO. v. FIRST NATIONAL BANK OF BIRMINGHAM.
### 6 Div. 906.

Supreme Court of Alabama.
June 23, 1949.

London & Yancey, George W. Yancey, and James E. Clark, all of Birmingham, for petitioner.

Cabaniss & Johnston, E. T. Brown, Jr., and Meade Whitaker, all of Birmingham, opposed.

LAWSON, Justice.

Petition of Seaboard Surety Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Seaboard Surety Co. v. First National Bank of Birmingham, 41 So.2d 406.

Writ denied.

FOSTER, LIVINGSTON, and STAKELY, JJ., concur.